IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Watts, Tamba M | Case Number: 07 B 07348 |
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 4/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,520.43 | |
| Secured: | | 0.00 |
| Unsecured: | | 550.10 |
| Priority: | | 0.00 |
| Administrative: | | 1,834.00 |
| Trustee Fee: | | 136.33 |
| Other Funds: | | 0.00 |
| Totals: | 2,520.43 | 2,520.43 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,834.00 | 1,834.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 19,757.85 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 810.00 | 42.92 |
| 5. | Ingalls Memorial Hospital | Unsecured | 493.00 | 26.12 |
| 6. | Comcast Cablevision | Unsecured | 371.72 | 19.46 |
| 7. | Capital One Auto Finance | Unsecured | 8,712.23 | 461.60 |
| 8. | Absolute Motors | Secured | | No Claim Filed |
| 9. | Amex | Unsecured | | No Claim Filed |
| 10. | Armor Systems Co | Unsecured | | No Claim Filed |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | Credit & Collections Dept. | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 15. | Medical Collections | Unsecured | | No Claim Filed |
| 16. | Lobel Financial | Unsecured | | No Claim Filed |
| 17. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 18. | US Cellular | Unsecured | | No Claim Filed |
| 19. | Professional Account Management | Unsecured | | No Claim Filed |
| 20. | GC Services | Unsecured | | No Claim Filed |
| 21. | Target National Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,978.80 | $ 2,384.10 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Watts, Tamba M

Printed: 5/13/08

Case Number: 07 B 07348
Judge: Hollis, Pamela S
Filed: 4/24/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 134.98 |
| 6.5% | 1.35 |
|  | _____ |
|  | $ 136.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

